**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS B. PLETA, et al., | CASE NO.: CV 09-1282-GW(RZx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION WITHOUT PREJUDICE OF DEFENDANT FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC.** |
| vs. | |
| FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action against Defendant Fleetwood Motor Homes of California, is dismissed, without prejudice.

DATED: August 11, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1